1018

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS CORMIER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN N. LEINGANG, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 83-8-03075-9, 83-8-03462-2, William C. Goodloe and Shannon Wetherall, JJ., entered October 26 and November 8, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Coleman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID KEITH DAVENPORT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00892-6, Richard M. Ishikawa, J., entered August 6, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE D. PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-01314-0, Donald D. Haley, J., entered October 19, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Webster, J., Grosse, J., dissenting.